

# HPM&B
ATTORNEYS AT LAW

99 PARK AVENUE  NEW YORK, NY 10016-1601
TEL: 212-286-8585  FAX: 212-490-8966
WWW.HPMB.COM

John H. Bone
Associate
jbone@hpmb.com

October 15, 2007

**VIA FACSIMILE: (212) 805-6191**
Judge Barbara S. Jones
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007



Re:  Samuel Tiggs v. The City of New York, et al.
     Case No.: 07-CV-7254
     Our File No: 120-3151

Dear Judge Jones:

As trial counsel to the Office of the Corporation Counsel of the City of New York, we have recently been assigned the representation of defendants in the above-referenced matter. We write to respectfully request an enlargement of defendants' time to answer or otherwise respond to the Complaint until November 16, 2007. We have only recently been assigned this matter in full and were advised that answers were not due until October 17, 2007; a review of the Docket, however, indicates that answers are due on October 15, 2007.

According to the docket, the Complaint was served with waivers of service on defendants The City of New York, Franz Medard, Martin Horn, Trevor Parks, James Capoziello, Michael Catalano, Benjamin Okonta, and Rebecca Pinney on or about August 15, 2007 pursuant to FRCP 4e and CPLR § 312-a. Service was acknowledged on behalf of these defendants on or about September 13, 2007 and according to the docket the answers are due October 15, 2007. We hereby write to respectfully request that Your Honor grant the above-named defendants until November 16, 2007 to respond to the complaint. The additional time requested will provide

485081.1

HEIDELL, PITTONI, MURPHY & BACH, LLP

| CONNECTICUT: | LONG ISLAND: | WESTCHESTER: |
|---|---|---|
| 30 OAK STREET | 310 OLD COUNTRY ROAD | 81 MAIN STREET |
| STAMFORD, CT 06905 | GARDEN CITY, NY 11530 | WHITE PLAINS, NY 10601 |
| TEL: 203-327-1800 | TEL: 516-294-7134 | TEL: 914-559-3100 |
| FAX: 203-353-1892 | FAX: 516-294-7139 | FAX: 914-949-1160 |





**HPM&B**
ATTORNEYS AT LAW

Judge Barbara S. Jones
Re: Johnson, et al. v. New York City Department of Health, et al
October 15, 2007
Page -2-

defense counsel an opportunity to fully investigate plaintiffs' various claims and prepare a response to same. Please be advised that this is defendants' first request for additional time. We have contacted plaintiff's counsel to seek this adjournment and they have consented to the same.

Thank you for your consideration of this matter.

Respectfully submitted,

John H. Bone (JB 8342)

JHB/ja

cc: **VIA FACSIMILE: (718)-852-3586**
**AND REGULAR MAIL**
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217
Attn: Cynthia Conti-Cook

Application Granted.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
10/15/07

485081.1