## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

**Jennifer Alvarado**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **November 16, 2007**, deponent served the within **NOTICE OF PRE-ANSWER MOTION TO DISMISS PURSUANT TO RULE 12(b)6, DECLARATION OF JOHN H. BONE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)6 and MEMORANDUM OF LAW IN SUPPORT OF PRE-ANSWER MOTION TO DISMISS** upon the following attorney(s) at the address(es) designated by said attorney for that purpose by delivering a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

**STOLL, GLICKMAN & BELLINA, LLP, ATTN: CYNTHIA CONTI-COOK**, 71 Nevins Street, Brooklyn, NY 11217

_____
JENNIFER ALVARADO

Sworn to before me this
16 day of November, 2007

_____
NOTARY PUBLIC

MYRZA S. GARCIA
Notary Public, State of New York
No. 01GA4935570
Qualified in Bronx County
Commission Expires Dec. 12, 2010

490584.1