UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL TIGGS,

                Plaintiff,

      -against-

THE CITY OF NEW YORK, DEPARTMENT
OF CORRECTION COMMISSIONER
MARTIN F. HORN, PRISON HEALTH
SERVICES, INC., MICHAEL CATALANO,
C.E.O. OF PRISON HEALTH
SERVICES, INC., DOHMH MEDICAL
DIRECTOR TREVOR PARKS, DOHMH
PROGRAM DIRECTOR REBECCA
PINNEY, DOHMH DEPUTY
COMMISSIONER JAMES CAPOZIELLO,
DOHMH DEPUTY MEDICAL DIRECTOR
BENJAMIN OKONTA, DR. FRANZ
MEDARD, PRISON HEALTH SERVICES,
INC., PHYSICIANS' ASSISTANTS,
PRISON HEALTH SERVICES. INC.,
PHARMACISTS JOHN DOE 1-5,
DEPARTMENT OF CORRECTION
EMPLOYEES, JOHN DOE 1-5

                Defendants.
------------------------------------------------------------X

File No. 07-cv-07254(BSJ)(THK)

**DECLARATION OF JOHN H. BONE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)6**

        JOHN H. BONE, declares, under penalty of perjury, as follows:

        1.      I am an associate of the law firm HEIDELL, PITTONI, MURPHY & BACH, LLP, Trial Counsel for defendants THE CITY OF NEW YORK, FRANZ MEDARD, M.D. s/h/a "DR. FRANZ MEDARD," MARTIN HORN, TREVOR PARKS, M.D. s/h/s "DOHMH MEDICAL DIRECTOR TREVOR PARKS," JAMES CAPOZIELLO s/h/a "DOHMH DEPUTY COMMISSIONER JAMES CAPOZIELLO," MICHAEL CATALANO s/h/a "MICHAEL CATALANO, C.E.O. OF PRISON HEALTH SERVICES, INC.," BENJAMIN OKONTA, M.D. s/h/a "DOHMH DEPUTY MEDICAL DIRECTOR

490584.1

BENJAMIN OKONTA" and REBECCA PINNEY s/h/a "DOHMH PROGRAM DIRECTOR REBECCA PINNEY," in the above-captioned matter. As such, I am fully familiar with all of the proceedings had herein and submit this declaration in support of defendant's motion for dismissal pursuant to Rule 12(b)6 of the FRCP.

    2.    Annexed hereto as Exhibits are documents which are relied upon and cited in defendant's Memorandum of Law accompanying this motion:

    **Exhibit "A"**:  Plaintiff's Complaint dated August 14, 2007.

    3.    As set forth in defendant's Memorandum of Law dated November 16, 2007, defendants THE CITY OF NEW YORK, FRANZ MEDARD, M.D. s/h/a "DR. FRANZ MEDARD," MARTIN HORN, TREVOR PARKS, M.D. s/h/s "DOHMH MEDICAL DIRECTOR TREVOR PARKS," JAMES CAPOZIELLO  s/h/a "DOHMH DEPUTY COMMISSIONER JAMES CAPOZIELLO," MICHAEL CATALANO s/h/a "MICHAEL CATALANO, C.E.O. OF PRISON HEALTH SERVICES, INC.,"  BENJAMIN OKONTA, M.D. s/h/a "DOHMH DEPUTY MEDICAL DIRECTOR BENJAMIN OKONTA" and REBECCA PINNEY s/h/a "DOHMH PROGRAM DIRECTOR REBECCA PINNEY," ("The Moving Defendants") are entitled to dismissal of the complaint, with prejudice, pursuant to Rule 12(b)6 of the FRCP because the action fails to state a claim on which relief may be granted.

Dated: New York, New York
       November 16, 2007

490584.1

HEIDELL, PITTONI MURPHY & BACH, LLP

By: _____
JOHN H. BONE (JB8342)
Trial Counsel for Defendants
THE CITY OF NEW YORK, FRANZ MEDARD, M.D. s/h/a "DR. FRANZ MEDARD," MARTIN HORN, TREVOR PARKS, M.D. s/h/s "DOHMH MEDICAL DIRECTOR TREVOR PARKS," JAMES CAPOZIELLO s/h/a "DOHMH DEPUTY COMMISSIONER JAMES CAPOZIELLO," MICHAEL CATALANO s/h/a "MICHAEL CATALANO, C.E.O. OF PRISON HEALTH SERVICES, INC.," BENJAMIN OKONTA, M.D. s/h/a "DOHMH DEPUTY MEDICAL DIRECTOR BENJAMIN OKONTA" and REBECCA PINNEY s/h/a "DOHMH PROGRAM DIRECTOR REBECCA PINNEY,"
Office & P.O. Address
99 Park Avenue
New York, NY 10016
Tel: (212) 286-8585
Fax: (212) 490-8966

TO:   Stoll, Glickman & Bellina, LLP
      71 Nevins Street
      Brooklyn, NY 11217
      Attn: Cynthia Conti-Cook

490584.1