UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

SAMUEL TIGGS

                                     Plaintiff,

                -against-

THE CITY OF NEW YORK, DEPARTMENT OF CORRECTION COMMISSIONER MARTIN F. HORN, PRISON HEALTH SERVICES, INC., MICHAEL CATALANO, C.E.O. OF PRISON HEALTH SERVICES, INC., DOHMH MEDICAL DIRECTOR TREVOR PARKS, DOHMH PROGRAM DIRECTOR REBECCA PINNEY, DOHMH DEPUTY COMMISIONER JAMES CAPOZIELLO, DOHMH MEDICAL DIRECTOR DOCTOR BENJAMIN OKONTA, DR. FRANTZ MEDARD, PRISON HEALTH SERVICES, INC., NURSES JOHN DOE 1-5, PRISON HEALTH SERVICES, INC., DOCTORS JOHN DOE 1-5, PRISON HEALTH SERVICES, INC., PHYSICIANS' ASSISTANTS 1-5, PRISON HEALTH SERVICES, INC., PHARMACISTS JOHN DOE 1-5, DEPARTMENT OF CORRECTION EMPLOYEES, JOHN DOE 1-5,

                                     Defendants.

------------------------------------------------------------- x

DECLARATION OF CYNTHIA CONTI-COOK IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)6

Docket #07-CV-7254

ECF CASE

CYNTHIA CONTI-COOK declares, under penalty of perjury, the following:

1. I am an associate of the law firm Stoll, Glickman & Bellina, LLP, counsel for plaintiff, Samuel Tiggs, in the above-captioned matter. As such, I am fully familiar with all of the proceedings had herein and submit this declaration in opposition to defendants' motion to dismiss.

2. Annexed hereto as Exhibits are documents which are relied upon and cited in plaintiff's Memorandum of Law accompanying this motion:

Exhibit A:   Plaintiff's Complaint dated August 14, 2007

Exhibit B:   Defendant's Memorandum of Law dated November 16, 2007

DATED:   Brooklyn, New York
November 30, 2007

To:
John H. Bone, Esq.
Heidell, Pittoni, Murphy & Bach, LLP
Attorneys at Law
99 Park Avenue
New York, NY 10016
(212) 286-8585

BY: Cynthia Conti-Cook, Esq.
Bar #CC0778
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217
(718) 852-3710
cynthiaconticook@gmail.com