## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JO ANN BROWN, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in the County of Suffolk.

On December 7, 2007, deponent served the attached **REPLY MEMORANDUM OF LAW** upon the following parties in this action at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Cynthia Conti-Cook
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217

_____
JO ANN BROWN

Sworn to before me this
7th day of December, 2007

_____
Notary Public

MARIE A. DIBIASE
Notary Public, State of New York
No. 01DI4684071
Qualified in Queens County
Commission Expires April 30, 20 10

491906.2