AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

SAMUEL TIGGS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: #07cv7254

THE CITY OF NEW YORK, DEPARTMENT OF CORRECTION COMMISSIONER MARTIN F. HORN, PRISON HEALTH SERVICES, INC., MICHAEL CATALANO, C.E.O. OF PRISON HEALTH SERVICES, INC., [illegible]

TO: (Name and address of defendant)

Deputy Commissioner Louise Cohen
New York City Correctional Health Services
225 Broadway 23rd Fl
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Conti-Cook, Esq.
Stoll, Glickman & Bellina L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              DEC 0 6 2007
CLERK                                            DATE

*Marcos Quintero* (signature)

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹ **DATE** 12-12-07

NAME OF SERVER (PRINT) Ted Braunstein   TITLE Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ [illegible]

☒ Other (specify): Served at defendants place of business by hand to Sage Hyman - ass't to the defendant at 3[?]

| TRAVEL | STATEMENT OF SERVICE FEES | |
|---|---|---|
| | SERVICES | |
| | | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-13-07
         Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.