

# HPM&B

ATTORNEYS AT LAW

99 PARK AVENUE  NEW YORK, NY 10016-1601
TEL: 212-286-8585  FAX: 212-490-8966
WWW.HPMB.COM

**John H. Bone**
Associate
jbone@hpmb.com



January 4, 2008

Judge Barbara S. Jones
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York  10007

Re:    Samuel Tiggs v. The City of New York, et al.
       Case No.:  07-CV-7254 (BSJ)
       Our File No: 120-3151

Dear Judge Jones:

As trial counsel to the Office of the Corporation Counsel of the City of New York, we represent defendants in the above-referenced matter. We recently moved to dismiss this matter pursuant to Rule 12(b)6. Plaintiff has since amended the complaint to include Louise Cohen as DOHMH Deputy Commissioner in the caption and remove James Capoziello as the DOHMH Deputy Commissioner. The amended complaint does not otherwise vary from the complaint. We are hereby appearing for Louise Cohen, and respectfully request that Ms. Cohen be added nunc pro tunc as a moving defendant to the motion dated November 16, 2007, and that Mr. Capoziello be dismissed as he is no longer named as a party to this action.

Thank you for your consideration of this matter.

Respectfully submitted,

John H. Bone (JB 8342)

JHB:jk

*Application Granted.*

cc:    Stoll, Glickman & Bellina, LLP
       71 Nevins Street
       Brooklyn, New York  11217
       Attn:  Cynthia Conti-Cook

**SO ORDERED**  Dated:

HEIDELL, PITTONI, MURPHY & BACH, LLP

BARBARA S. JONES
U.S.D.J.

1/12/08

498318.1

CONNECTICUT:
30 OAK STREET
STAMFORD, CT  06905
TEL: 203-327-1800
FAX: 203-353-1892

LONG ISLAND:
310 OLD COUNTRY ROAD
GARDEN CITY, NY  11530
TEL: 516-294-7134
FAX: 516-294-7139

WESTCHESTER:
81 MAIN STREET
WHITE PLAINS, NY  10601
TEL: 914-559-3100
FAX: 914-949-1160